UNITED AIRLINES (F/K/A
CONTINENTAL AIRLINES)
and GALLAGHER BASSETT
SERVICES, INC.,

     Appellants,

v.

KEVIN L. MULLIGAN,

     Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4380

Opinion filed September 1, 2017.

An appeal from an order of Judge of Compensation Claims.
W. James Condry, Judge.

Date of Accident:  April 12, 2011.

Patrick John McGinley of the Law Office of Patrick John McGinley, P.A., Winter Park, for Appellants.

Daniel Pilka of Pilka & Associates, P.A., Brandon, for Appellee.


PER CURIAM.

     AFFIRMED.

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.